# United States Court of Appeals
## For the First Circuit

No. 09-2186

GREGORIO IGARTÚA, ET AL.,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 24, 2010, is amended as follows:

On page 29, footnote 13, line 2, "Oct. 24" is changed to "Oct. 25".